Order entered December 13, 2013



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00739-CV

**GALLERIA MALL INVESTORS LP, Appellant**

**V.**

**GT DALLAS PROPERTIES, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05581**

## ORDER

This appeal was abated to allow the parties an opportunity to settle their disputes. By motion dated November 27, 2013, appellant informed us the parties have settled, requested the appeal be reinstated, and requested the case be dismissed in accordance with the parties' agreement. Accordingly, we **REINSTATE** the appeal. The case will be disposed of by separate opinion and judgment.

/s/     ELIZABETH LANG-MIERS
        JUSTICE